# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**FREDERICK BANKS, #05711-068**　　　　　　　　　　　　　　　**PLAINTIFF**

**VERSUS**　　　　　　　　　　　　**CIVIL ACTION NO. 5:07-cv-222-DCB-MTP**

**UNKNOWN SUTHERLAND, et al.**　　　　　　　　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Fed.R.Civ.P. 41(b).

This the   20th   day of October, 2008.


　　　　　　　　　　　　　　　　 s/ David Bramlette
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE